IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| DR. DAVID L. BROUILLETTE, D.C., S.C., on behalf of plaintiff and the class defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | 2:16-cv-174 |
| vs. | ) ) | |
| SIGMA INSTRUMENTS, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dr. David L. Brouillette, D.C., S.C. voluntarily dismisses its individual claims without prejudice and without costs against defendant Sigma Instruments, Inc. Plaintiff Dr. David L. Brouillette, D.C., S.C. voluntarily dismisses its class claims against defendant Sigma Instruments, Inc. without prejudice and without costs. Plaintiff Dr. David L. Brouillette, D.C., S.C. voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Bar Number: 00712094
Heather Kolbus
Bar Number: 6278239
Attorneys for Plaintiff
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Heather Kolbus, certify that on February 16, 2016, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following parties:

 Sigma Instruments, Inc.
 506 Thompson Park Dr.
 Cranberry, Pennsylvania 16066


         s/ Heather Kolbus
         Heather Kolbus



Daniel A. Edelman
Bar Number: 00712094
Heather Kolbus
Bar Number: 6278239
Attorneys for Plaintiff
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)